JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE JOHNSON, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES, CO., a corporation doing business in California and DOES 1 through 100,<br><br>　　　　　Defendant. | Case No. 2:23-CV-00453-AB-JPR<br><br>**ORDER DISMISSING CIVIL ACTION** |

　　The Court has been advised that this action has been settled.

　　The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: January 9, 2024

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.